## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER DURAND,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:20-cv-155** |
| | § | |
| **BEYER & ASSOCIATES, LLC,** | § | |
| **PARKING REVENUE RECOVERY** | § | |
| **SERVICES, INC. and** | § | |
| **HUDSON INSURANCE COMPANY,** | § | |
| | § | |
| **Defendants.** | | |

## <u>NOTICE OF PENDING SETTLEMENT</u>

Plaintiff, Christopher Durand, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and all named Defendants, have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court and requests that all deadlines and appearances be suspended.

Respectfully Submitted,

/s/ *Shawn Jaffer*
Shawn Jaffer (TX Bar # 24107817)
Shawn Jaffer Law Firm PLLC
5301 Alpha Rd, Suite 80-1
Frisco, TX 75240
Telephone: (214) 210-0730
Facsimile: (214) 594-6100
Email: shawn@jaffer.law
*Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2020, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas and served in a manner approved by the Federal Rules upon all parties of record.

/s/ *Shawn Jaffer*
Shawn Jaffer